UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KSB SHIPPING & LOGISTICS LLC,

Plaintiff,

-v-

CAROTRANS INTERNATIONAL,

Defendant.

CIVIL ACTION NO.: 26 Civ. 5675 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' Proposed Case Management Plan. (Dkt. No. 16 (the "PCMP")). Given that the parties agree to the deadlines set forth in the PCMP (id.), the Court will So Order the PCMP under separate order, and the initial case management conference scheduled for September 30, 2026 at 11:00 a.m. ET is **CANCELLED**. (Dkt. No. 12).

By **November 24, 2026, at 5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, regarding the status of discovery and identifying any issues ripe for the Court's intervention at that time.

A telephone conference to discuss the status of discovery is scheduled for **December 1, 2026 at 12:00 p.m. ET** on the Court's conference line. Counsel are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 24, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**